# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00064-CV

John Doe a/k/a Frances Wren,
Appellant

v.

HPA II Texas Sub 2020-2 LLC,
Appellee

On appeal from the
County Court at Law No. 2 of Johnson County, Texas
Judge F. Steven McClure, presiding
Trial Court Cause No. CC-C20250020

JUSTICE HARRIS delivered the opinion of the Court.

## MEMORANDUM OPINION

Appellant, John Doe a/k/a Frances Wren, filed his notice of appeal on February 27, 2025, challenging the trial court's judgment rendered in the trial court. On February 28, 2025, Appellant was notified that a docketing statement is required to be completed and returned to this Court. The required docketing statement was not received. *See* TEX. R. APP. P. 32.1. By letter dated March 25, 2025, the Clerk of this Court notified Appellant that the docketing

statement has not been filed and warned that the Court would dismiss the appeal if a docketing statement was not filed by April 15, 2025. *See* TEX. R. APP. P. 42.3(c).

As of this date, we have not received the docketing statement. Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 32.1, 42.3(c); *see also Hensley v. W.M. Specialty Mortg., LLC*, No. 10-05-00322-CV, 2005 Tex. App. LEXIS 9614, at *1-2 (Tex. App.—Waco Nov. 16, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to file a docketing statement).

_____
LEE HARRIS
Justice

OPINION DELIVERED and FILED: April 24, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Dismissed
CV06

